Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA  94109
Telephone: 415.353.0999
Facsimile: 415.353.0990

\*\*E-filed 1/18/07\*\*

Attorneys for Defendants
SCOTT CORTESE, OFFICER CURIEL,
CITY OF SUNNYVALE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN SIMS and DAVID SIMS, <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT CORTESE, individually and in his capacity as a public safety officer for the City of Sunnyvale; OFFICER CURIEL, individually and i his capacity as a public safety officer for the City of Sunnyvale; JOHN DOE and RICHARD ROE, individually and in there capacity as public safety officers for the City of Sunnyvale, the true names and exact numbers of whom are unknown at this time; CITY OF SUNNYVALE, a municipal corporation; DOES 1 through 25: <br><br> Defendants. | Case No.  C 06 06836 JF (HRL) <br><br> **STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The initial Case Management Conference in this matter is currently scheduled for February 9, 2007.  On December 15, 2006, Defendants filed a motion to dismiss the complaint in its entirety pursuant to FRCP Rule 12(b)(6).  The earliest date available on the Court's calendar for hearing the Motion to Dismiss was February 23, 2007.  The parties therefore stipulate, by and through their respective counsel, to continue the CMC to February 23, 2007, to be held on the CMC calendar

1

STIPULATION AND ORDER CONTINUING CMC DATE

following the hearing on the defendants' motion.  It is further stipulated that all due dates related to the CMC should be continued accordingly.

So Stipulated:

Dated:  January 16, 2007                    BERTRAND, FOX & ELLIOT


By: _____/s/_____
      Gregory M. Fox
      Arlene Helfrich
      Attorneys for Defendants SCOTT CORTESE,
      OFFICER CURIEL and CITY OF SUNNYVALE

Dated:  January 14, 2007                    LAW OFFICES OF ANTHONY BOSKOVICH


By: _____/s/_____
      Anthony Boskovich, Esq.
      Attorneys for Plaintiffs CAROLYN and DAVID SIMS

**ORDER**

Good cause appearing, the stipulation is so ordered.  The Case Management Conference is moved from February 3, 2007 to Friday, February 23, 2007 at 10:30 a.m.  All related due dates are continued accordingly.

So Ordered.

Dated: January __18__, 2007

_____
The Honorable Jeremy Fogel
United States District Court Judge

2
STIPULATION AND ORDER CONTINUING CMC DATE

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: January 16, 2007

/s/
Arlene C. Helfrich