\*\*E-filed 3/7/07\*\*

Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA  94109
Telephone: 415.353.0999
Facsimile: 415.353.0990

Attorneys for Defendants
SCOTT CORTESE, OFFICER CURIEL,
CITY OF SUNNYVALE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN SIMS individually and as Guardian ad Litem for minor DAIJA GARTH, <br><br>Plaintiffs, <br><br>vs. <br><br>SCOTT CORTESE, individually and in his capacity as a public safety officer for the City of Sunnyvale; OFFICER CURIEL, individually and i his capacity as a public safety officer for the City of Sunnyvale; JOHN DOE and RICHARD ROE, individually and in there capacity as public safety officers for the City of Sunnyvale, the true names and exact numbers of whom are unknown at this time; CITY OF SUNNYVALE, a municipal corporation; DOES 1 through 25: <br><br>Defendants. | Case No.  C 06 06836 JF (HRL) <br><br>**STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO APRIL 20, 2007** |

Defendants' herein filed a motion to dismiss the complaint pursuant to FRCP 12(b)(6), which motion was set for hearing on February 23, 2007.  The parties stipulated that the CMC be set for that same date.  In response to the motion, plaintiffs filed a First Amended Complaint.  Defendants intend to file a second motion to dismiss the complaint in its entirety pursuant to FRCP 12(b)(6).  The earliest date available on the Court's calendar for hearing the motion to dismiss is April 20, 2007.

1  The parties therefore stipulate, by and through their respective counsel, that defendants' Rule 12(b)(6) motion will constitute defendants' responsive pleading to the First Amended Complaint, and will be heard on the briefing schedule set forth below.  The parties further stipulate to continue the CMC to April 20, 2007, to be held on the CMC calendar following the hearing on the defendants' motion and that all due dates related to the CMC should be continued accordingly.

Defendants to file responsive pleading to
First Amended Complaint (Rule 12(b)(6) motion filed by):     March 16, 2007

Opposition due:                                              March 30, 2007

Reply due:                                                   April 6, 2007

Hearing date:                                                April 20, 2007

So Stipulated:

Dated:  February 20, 2007             BERTRAND, FOX & ELLIOT


                                 By:  _____/s/_____
                                      Gregory M. Fox
                                      Arlene Helfrich
                                      Attorneys for Defendants SCOTT CORTESE,
                                      OFFICER CURIEL and CITY OF SUNNYVALE


Dated:  February 16, 2007             LAW OFFICES OF ANTHONY BOSKOVICH


                                 By:  _____/s/_____
                                      Anthony Boskovich, Esq.
                                      Attorneys for Plaintiffs CAROLYN SIMS and DAIJA
                                      GARTH

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.


Dated: February 20, 2007              _____/s/_____
                                      ARLENE C. HELFRICH

**ORDER**

Good cause appearing, the stipulation is so ordered. The Case Management Conference is moved from February 23, 2007 to Friday, April 20, 2007 at 10:30 a.m. All related due dates are continued accordingly. The briefing schedule for defendants' Motion to Dismiss pursuant to FRCP Rule 12(b)(6), the responsive pleading to the First Amended Complaint, is as set forth above.

So Ordered.

Dated: ~~February ------,~~ 2007
       March 7, 2006

_____
The Honorable Jeremy Fogel
United States District Court Judge

1 ATTORNEY ATTESTATION

2 I hereby attest that I have on file all holograph signatures for any signatures indicated by a

3 "conformed" signature (/s/) within this E-filed document.

4 Dated: January 16, 2007

5 /s/
Arlene C. Helfrich

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28