Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150
policemisconduct@compuserve.com

Attorney for plaintiffs

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN SIMS; CAROLYN SIMS as, Guardian ad Litem for minor DAIJA GARTH<br>　　　　　　　　　*Plaintiffs,*<br>v.<br>SCOTT CORTESE, individually and in his capacity as a public safety officer for the City of Sunnyvale; OFFICER CURIEL, individually and in his capacity as a public safety officer for the City of Sunnyvale; JOHN DOE and RICHARD ROE, individually and in their capacities as public safety officers for the City of Sunnyvale, the true names and exact numbers of whom are unknown at this time; CITY OF SUNNYVALE, a municipal corporation,<br>　　　　　　　　　*Defendants.* | No. C 06 06836 JF<br><br>STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE TO MAY 4, 2007 |

　　　Defendants herein filed a motion to dismiss the complaint pursuant to FRCP 12(b)(6), which motion was set for hearing on February 23, 2007. The parties stipulated that the CMC be set for that same date. In response, plaintiffs filed a First Amended Complaint. Defendants filed a second Motion to Dismiss that was calendared to be heard on April 20, 2007, and the Case Management conference was moved to that same date.

Stipulation
C 06 06836 JF                                                                                                               Page 1

Due to the resignation of counsel for plaintiff's assistant and a planned vacation of counsel, the matter was miscalendared and the problem was first discovered on March 27, 2007, just 3 days before the opposition was due. Counsel have met and conferred and counsel for defendants has graciously stipulated to a continuance of the hearing date on the motion and the CMC to May 4, 2007, as well as the dates that the response and reply are due.

Therefore, the parties hereby stipulate that the hearing on defendants Motion to Dismiss be continued to May 4, 2007 at 9:00 A.M., and that the Case Management Conference be continued to May 4, 2007 at 10:30 A.M.

It is further stipulated that plaintiffs' response to the Motion to Dismiss will now be due on April 13, 2007, and defendants' reply, if any, will be due on April 20, 2007.

Dated: March 28 2007                                          BERTRAND, FOX & ELLIOT

                                                              _____
                                                              Attorney for Defendants

Dated: March 29 2007                                          LAW OFFICES OF ANTHONY
                                                              BOSKOVICH

                                                              _____
                                                              Attorney for Plaintiffs

//
//
//
//

Stipulation
C 06 06836 JF                                                                          Page 2

Due to the resignation of counsel for plaintiff's assistant and a planned vacation of counsel, the matter was miscalendared and the problem was first discovered on March 27, 2007, just 3 days before the opposition was due. Counsel have met and conferred and counsel for defendants has graciously stipulated to a continuance of the hearing date on the motion and the CMC to May 4, 2007, as well as the dates that the response and reply are due.

Therefore, the parties hereby stipulate that the hearing on defendants Motion to Dismiss be continued to May 4, 2007 at 9:00 A.M., and that the Case Management Conference be continued to May 4, 2007 at 10:30 A.M.

It is further stipulated that plaintiffs' response to the Motion to Dismiss will now be due on April 13, 2007, and defendants' reply, if any, will be due on April 20, 2007.

Dated: March 28 2007

BERTRAND, FOX & ELLIOT

_____
Attorney for Defendants

Dated: March 29 2007

LAW OFFICES OF ANTHONY BOSKOVICH

_____
Attorney for Plaintiffs

//
//
//
//

Stipulation
C 06 06836 JF

Page 2

# ORDER

Based upon the stipulation of the parties, and good cause appearing,

**IT IS ORDERED** that the hearing on defendants' Motion to Dismiss the First Amended Complaint will now be heard on May 4, 2007 at 9:00 A.M., and that the Case Management Conference is continued to that same date at ~~10:30 A.M.~~ 9:00 A.M.

**IT IS FURTHER ORDERED** that plaintiffs' opposition to the Motion to Dismiss will now be due on 13 April 2007, and that defendants' reply, if any, will be due on April 20, 2007.

Dated: __4/4__ 2007

_____
Jeremy Fogel
Judge of the United States District Court

Stipulation
C 06 06836 JF                                                                        Page 3