**E-filed 9/18/07**

1  Gregory M. Fox, State Bar No. 070876
   Arlene C. Helfrich, State Bar No. 096461
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, CA  94109
4  Telephone: 415.353.0999
   Facsimile: 415.353.0990
5
   Attorneys for Defendants
6  SCOTT CORTESE, OFFICER CURIEL,
   CITY OF SUNNYVALE
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 CAROLYN SIMS individually and as Guardian  )  Case No.  C 06 06836 JF (HRL)
   ad Litem for minor DAIJA GARTH,            )
12                                            )  **STIPULATION AND (PROPOSED) ORDER
                Plaintiffs,                   )  CONTINUING CASE MANAGEMENT
13                                            )  CONFERENCE TO NOVEMBER 2, 2007**
                                              )
14       vs.                                  )
                                              )
15                                            )
    SCOTT CORTESE, individually and in his    )
16  capacity as a public safety officer for the City of )
    Sunnyvale; OFFICER CURIEL, individually and)
17  i his capacity as a public safety officer for the   )
    City of Sunnyvale; JOHN DOE and RICHARD   )
18  ROE, individually and in there capacity as public)
    safety officers for the City of Sunnyvale, the true )
19  names and exact numbers of whom are unknown )
    at this time; CITY OF SUNNYVALE, a        )
20  municipal corporation; DOES 1 through 25: )
                                              )
21              Defendants.                   )
                                              )
22  _____)

23       Defendants' herein filed a motion to dismiss the complaint pursuant to FRCP 12(b)(6), which

24  motion was heard on May 4, 2007.  The initial Case Management Conference was set for that same

25  date.  At that hearing, defendants' motion to dismiss was granted but because counsel for plaintiffs

26  stated at oral argument that further factual detail could be alleged, leave to amend was granted with

27  any amended complaint to be filed within ten days after completion of a settlement conference to be

28  held with Magistrate Judge Seeborg, and a new date of September 21, 2007 was set for a Case

Management Conference.

Due to various date conflicts, vacations schedules, etc., the parties have been unable to complete the settlement conference prior to the upcoming September 21, 2007 Case Management Conference.

The parties therefore stipulate, by and through their respective counsel, to continue the Case Management Conference to November 2, 2007, at 10:30 a.m. It is further stipulated that all due dates related to the CMC should be continued accordingly. The settlement conference should be completed before the November 2, 2007 Case Management Conference.

So Stipulated:

Dated: September 17, 2007

BERTRAND, FOX & ELLIOT

By: _____
Gregory M. Fox
Arlene Helfrich
Attorneys for Defendants SCOTT CORTESE,
OFFICER CURIEL and CITY OF SUNNYVALE

Dated: September 17, 2007

LAW OFFICES OF ANTHONY BOSKOVICH

By: _____
Anthony Boskovich, Esq.
Attorneys for Plaintiffs CAROLYN SIMS and
DAIJA GARTH

## ORDER

Good cause appearing, the stipulation is so ordered. The Case Management Conference is moved from September 21, 2007 to Friday, November 2, 2007 at 10:30 a.m. All related due dates are continued accordingly, including the time to complete the settlement conference.

So Ordered.

Dated: September 18, 2007

_____
The Honorable Jeremy Fogel
United States District Court Judge

2

STIPULATION AND ORDER CONTINUING CMC DATE